AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| UNITED STATES OF AMERICA | ) |
| :---: | :---: |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:18-cv-591-JMH |
| CRYSTAL NOE, ET AL | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Personal Finance Company, LLC
C/O Corporation Service Company
421 West Main Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. George Mason, Jr.
George Mason Law Firm, PSC
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/29/2018

Robert R. Carr, Clerk
*Signature of Clerk or Deputy Clerk*   tda

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-591-JMH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Personal Finance Company, LLC  C/O Corporation Service Company was received by me on *(date)* 11/08/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service of summons and complaint was made upon named Defendant, Personal Finance Company LLC, c/o Corporation Service Company via certified mail on November 2, 2018

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/08/2018

/s/A. George Mason, Jr.
*Server's signature*

A. George Mason, Jr. Attorney for Plaintiff
*Printed name and title*

George Mason Law Firm, PSC
3070 Lakecrest Circle, Suite 400, PMB 278
Lexington, KY 40513
*Server's address*

Additional information regarding attempted service, etc:

**Print**   **Save As...**   **Reset**



Case: 5:18-cv-00591-JMH    Doc #: 4    Filed: 12/03/18    Page: 4 of 5 - Page ID#: 53

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE ARE…

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70172680000037346020

**On Time**

**Expected Delivery on**

## FRIDAY
## 2 NOVEMBER 2018 ⓘ

by
**8:00pm** ⓘ



## ⊘ Delivered

November 2, 2018 at 7:54 am
Delivered
FRANKFORT, KY 40601

Get Updates ⌄

---

Text & Email Updates                                                  ⌄

---

Tracking History                                                      ⌃

**November 2, 2018, 7:54 am**
Delivered
FRANKFORT, KY 40601
Your item was delivered at 7:54 am on November 2, 2018 in FRANKFORT, KY 40601.

**November 2, 2018, 5:26 am**
Arrived at Unit

FRANKFORT, KY 40601

**November 1, 2018, 8:05 pm**
Departed USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

**October 31, 2018, 10:23 pm**
Arrived at USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

**October 31, 2018, 5:06 pm**
Departed Post Office
LEXINGTON, KY 40511

**October 31, 2018, 3:42 pm**
USPS in possession of item
LEXINGTON, KY 40511

Feedback

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**